## STATE *vs.* CHARLES KOCH.

### Property of a minor; how laid.

The defendant was indicted for a larceny of jewellery and other articles of property belonging to Isabella Chadwick.

The defendant was a German, who could not speak or understand the English language, and the *Court* directed that two interpreters should be sworn to explain to him the accusation and evidence, and interpret between him and the court and jury.

*Patterson,* for the prisoner, objected that the property laid in one of the bills as the property of Isabella Chadwick, should have been laid as the property of her father, she being a minor and living with him; but the court thought the property well laid in the daughter, the articles being in her possession and being for her exclusive use. (*Ros. Ev.* 582; 2 *East P. C.* 654; 2 *Russ.* 160; 1 *Leach* 463.)